CO-386-online
10/03

# United States District Court
# For the District of Columbia

Mary Richards )
 )
 )
 )
Plaintiff )          Civil Action No._____
vs )
 )
Option One Mortgage Corporation )
and )
Alvin E. Gross, Jr. )
 )
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Option One Mortgage Corporation      certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Option One Mortgage Corporation      which have

any outstanding securities in the hands of the public:

H&R Block, Inc., parent company of Option One Mortgage Corporation

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

DC 455836

_____       Adam M. Spence
BAR IDENTIFICATION NO.                    Print Name

100 W Pennsylvania Ave, Ste 301
Address

Towson          MD          21204
City            State        Zip Code

410-823-5003
Phone Number