IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY RICHARDS | * | |
|     Plaintiff, | * | Civil Action No. 1:08-cv-00007 |
| v. | * | |
| OPTION ONE MORTGAGE CORP., *et al*. | * | Judge Paul L. Friedman |
|     Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR ADMISSION *PRO HAC VICE*

Upon the attached Declaration, Adam M. Spence, hereby moves this Court pursuant to Rule 83.2(d) of the Local Court Rules of the United States District Court for the District of Columbia, for an order admitting Patrick R. Buckler to the Bar of this Court, *pro hac vice*, for the purpose of representing Option One Mortgage Corporation in the above-captioned case.

Mr. Buckler is a member in good standing of the Bar of the State of Maryland, the United States District Court for the District of Maryland and the United States Court of Appeals for the Fourth Circuit, and he has not been admitted *pro hoc vice* to practice before this Court within the past two years. A declaration attesting to these facts is attached hereto and incorporated herein.

For the foregoing reasons, undersigned counsel respectfully requests that the Court grant this Motion and enter an Order for admission of Mr. Buckler *pro hac vice* in the above captioned case. A proposed order is attached.

        Respectfully submitted,


          /s/ Adam M. Spence
        Adam M. Spence (DC 455836)
        Spence & Buckler, P.C.
        100 West Pennsylvania Avenue, Suite 301
        Towson, Maryland 21204
        Tel:  410-823-5003
        Fax:  443-836-9181
        adam@spencebucklerlaw.com

        Counsel for Option One Mortgage Corporation

Dated: January 6, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of January 2008, copies of the foregoing Motion for Admission Pro Hac Vice, Declaration Patrick R. Buckler and Proposed Order were sent via electronic mail and mailed first class, postage prepaid, to

        Rawle Andrews, Jr.
        AARP Legal Counsel for the Elderly
        601 E Street, NW, A4-410
        Washington, DC 20049

        Counsel for Plaintiff Mary Richards

        G. Vann Canada, Jr.
        Miles & Stockbridge, PC
        11 North Washington Street, Suite 700
        Rockville, MD 20850

        Counsel for Defendant Alvin E. Gross, Jr.

                                        /s/ Adam M. Spence
                                        Adam M. Spence

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY RICHARDS | * | |
| Plaintiff, | * | Civil Action No. 1:08-cv-00007 |
| v. | * | |
| OPTION ONE MORTGAGE CORP., *et al.* | * | Judge Paul L. Friedman |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**DECLARATION OF PATRICK R. BUCKLER
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

In compliance with Rule 83.2(d) of the Local Court Rules of the United States District Court for the District of Columbia, and under penalty of perjury, I, Patrick R. Buckler, state the following in support of the motion for my admission *pro hac vice*:

1. My full name is Patrick R. Buckler

2. I am a partner with Spence & Buckler, P.C., 100 West Pennsylvania Avenue, Suite 301, Towson, Maryland 21202. My office telephone number is (410) 823-5003.

3. I am a member of the Bar of the State of Maryland, the United States District Court for the District of Maryland, and the United States Court of Appeals for the Fourth Circuit.

4. I certify that I am a member in good standing of the Bar of the State of Maryland, the United States District Court for the District of Maryland, and the United States Court of Appeals for the Fourth Circuit, and that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

SO SAYETH THE DECLARANT

*[signature]*

Patrick R. Buckler
Spence & Buckler, P.C.
100 West Pennsylvania Avenue, Suite 301
Towson, Maryland 21202
(Tel)   410-823-5003
(Fax)   443-927-8905
pat@spencebucklerlaw.com

Dated: January 7, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY RICHARDS | * | |
| Plaintiff, | * | Civil Action No. 1:08-cv-00007 |
| v. | * | |
| OPTION ONE MORTGAGE CORP.,*et al*. | * | Judge Paul L. Friedman |
| Defendants. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* and the Declaration of Patrick R. Buckler attached thereto, filed January 7, 2008, it is hereby:

**ORDERED**, that Patrick R. Buckler be admitted to the Bar of this Court, *pro hac vice*, for the purpose of representing defendant Option One Mortgage Corporation in the above-captioned case.

 

                                                Paul L. Friedman
                                                United States District Court Judge

DATED: _____ 2008

Copies to:

    Rawle Andrews, Jr.
    AARP Legal Counsel for the Elderly
    601 E Street, NW, A4-410
    Washington, DC 20049
    Counsel for Plaintiff Mary Richards

    G. Vann Canada, Jr.
    Miles & Stockbridge, PC
    11 North Washington Street, Suite 700
    Rockville, MD 20850
    Counsel for Defendant Alvin E. Gross, Jr.

    Adam M. Spence
    Patrick R. Buckler
    Spence & Buckler, P.C.
    100 West Pennsylvania Avenue, Suite 301
    Towson, Maryland 21204
    Counsel for Defendant Option One Mortgage Corporation