## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY RICHARDS | * | |
| Plaintiff, | * | Civil Action No. |
| | | 1:08-cv-00007 |
| v. | * | |
| OPTION ONE MORTGAGE CORP.,*et al*. | * | Judge Paul L. Friedman |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ANSWER TO COMPLAINT

Defendant, Option One Mortgage Corporation ("Option One"), pursuant to Federal Rules of Civil Procedure 7(a) and 81(c), files this Answer to Complaint ("Answer") and states:

### PRELIMINARY STATEMENT

1.     Paragraph 1 of the Complaint contains legal conclusions to which no response is required.  To the extent a response is required, Circuit City denies the allegations contained in paragraph 1 of the Complaint.

2.     Paragraph 2 of the Complaint contains legal conclusions to which no response is required.  To the extent a response is required, Circuit City denies the allegations contained in paragraph 2 of the Complaint.

### THE PARTIES

3.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint, and they are therefore hereby denied.

4.     Option One admits the allegations in paragraph 4 of the Complaint.

5.      Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint, and they are therefore hereby denied.

6.      Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint, and they are therefore hereby denied.

7.      Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint, and they are therefore hereby denied.

8.      Option One denies the allegations contained in paragraph 8 of the Complaint.

## JURISDICTION AND VENUE

9.      Paragraph 9 of the Complaint contains legal conclusions to which no response is required.

10.      Paragraph 10 of the Complaint contains legal conclusions to which no response is required.

## GENERAL ALLEGATIONS

11.      Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint, and they are therefore hereby denied.

12.      Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint, and they are therefore hereby denied.

13.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint, and they are therefore hereby denied.

14.     Option One denies the allegations contained in paragraph 14 of the Complaint.

15.     Option One denies the allegations contained in paragraph 15 of the Complaint.

16.     Option One denies the allegations contained in paragraph 16 of the Complaint.

17.     Option One denies the allegations contained in paragraph 17 of the Complaint.

18.     Option One denies the allegations contained in paragraph 18 of the Complaint.

19.     Paragraph 19 of the Complaint contains legal conclusions to which no response is required.

20.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint, and they are therefore hereby denied.

21.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint, and they are therefore hereby denied.

22.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint, and they are therefore hereby denied.

23.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint, and they are therefore hereby denied.

24.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint, and they are therefore hereby denied.

25.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint, and they are therefore hereby denied.

26.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint, and they are therefore hereby denied.

27.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint, and they are therefore hereby denied.

28.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint, and they are therefore hereby denied.

29.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint, and they are therefore hereby denied.

30.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint, and they are therefore hereby denied.

31.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint, and they are therefore hereby denied.

32.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint, and they are therefore hereby denied.

33.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint, and they are therefore hereby denied.

34.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the Complaint, and they are therefore hereby denied.

35.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Complaint, and they are therefore hereby denied.

36.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the Complaint, and they are therefore hereby denied.

37.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of the Complaint, and they are therefore hereby denied.

38.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the Complaint, and they are therefore hereby denied.

39.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the Complaint, and they are therefore hereby denied.

40.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the Complaint, and they are therefore hereby denied.

41.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of the Complaint, and they are therefore hereby denied.

42.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint, and they are therefore hereby denied.

43.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint, and they are therefore hereby denied.

44.     Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the Complaint, and they are therefore hereby denied.

45.     Paragraph 45 of the Complaint contains legal conclusions to which no response is required.

## COUNT I
### (Declaratory Judgment to Set Aside Deeds and to Quiet Title versus All Defendants)

46.     Option One incorporates by reference all prior answers to paragraphs 1 through 45 above as if fully set forth herein.

47.     Paragraph 47 of the Complaint contains legal conclusions to which no response is required.

48.     Option One denies the allegations contained in paragraph 48 of the Complaint.

49.     Option One denies the allegations contained in paragraph 49 of the Complaint.

50.     Option One denies the allegations contained in paragraph 50 of the Complaint.

51.     Option One denies the allegations contained in paragraph 51 of the Complaint.

52.     Option One denies the allegations contained in paragraph 52 of the Complaint.

53.     Option One denies the allegations contained in paragraph 53 of the Complaint.

54.     Option One denies the allegations contained in paragraph 54 of the Complaint.

55.     Paragraph 55 of the Complaint contains legal conclusions to which no response is required.  To the extent a response is required, Circuit City denies the allegations contained in paragraph 55 of the Complaint.

56.     Paragraph 56 of the Complaint contains legal conclusions to which no response is required.  To the extent a response is required, Circuit City denies the allegations contained in paragraph 56 of the Complaint.

## COUNT II
**(D.C. Right to Cure Residential Mortgage Foreclosure Act – All Defendants)**

57.     Option One incorporates by reference all prior answers to paragraphs 1 through 56 above as if fully set forth herein.

58.     Option One denies the allegations contained in paragraph 58 of the Complaint.

59.     Option One denies the allegations contained in paragraph 59 of the Complaint.

60.     Option One denies the allegations contained in paragraph 60 of the Complaint.

61.     Option One denies the allegations contained in paragraph 61 of the Complaint.

62.     Option One denies the allegations contained in paragraph 62 of the Complaint.

## COUNT III
### (Breach of Contract versus Option One)

63.     Option One incorporates by reference all prior answers to paragraphs 1 through 62 above as if fully set forth herein.

64.     Paragraph 64 of the Complaint contains legal conclusions to which no response is required.

65.     Option One denies the allegations contained in paragraph 65 of the Complaint.

66.     Option One denies the allegations contained in paragraph 66 of the Complaint.

67.     Option One denies the allegations contained in paragraph 67 of the Complaint.

## COUNT IV
### (Fraud versus all Defendants)

68.     Option One incorporates by reference all prior answers to paragraphs 1 through 67 above as if fully set forth herein.

69.     Option One denies the allegations contained in paragraph 69 of the Complaint.

70.     Option One denies the allegations contained in paragraph 70 of the Complaint.

71.     Option One denies the allegations contained in paragraph 71 of the Complaint.

72.    Option One denies the allegations contained in paragraph 72 of the Complaint.

73.    Option One denies the allegations contained in paragraph 73 of the Complaint.

74.    Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of the Complaint, and they are therefore hereby denied.

75.    Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 75 of the Complaint, and they are therefore hereby denied.

76.    Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 76 of the Complaint, and they are therefore hereby denied.

77.    Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 77 of the Complaint, and they are therefore hereby denied.

78.    Option One lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78 of the Complaint, and they are therefore hereby denied.

## COUNT V
### (Equitable Accounting versus Option One)

79.    Option One incorporates by reference all prior answers to paragraphs 1 through 78 above as if fully set forth herein.

80.     Option One denies the allegations contained in paragraph 80 of the Complaint.

81.     Option One admits the allegations contained in paragraph 81 of the Complaint.

82.     Option One denies the allegations contained in paragraph 82 of the Complaint.

83.     Option One denies the allegations contained in paragraph 83 of the Complaint.

84.     Option One denies the allegations contained in paragraph 84 of the Complaint.

## COUNT VI [Misidentified as COUNT VII]
### (DCCPPA Violations versus all Defendants)

85.     Option One incorporates by reference all prior answers to paragraphs 1 through 84 above as if fully set forth herein.

86.     Paragraph 86 of the Complaint contains legal conclusions to which no response is required.

87.     Paragraph 87 of the Complaint contains legal conclusions to which no response is required.

88.     Paragraph 88 of the Complaint contains legal conclusions to which no response is required.

89.     Option One denies the allegations contained in paragraph 89 of the Complaint.

90.     Option One denies the allegations contained in paragraph 90 of the Complaint.

91.     Option One denies the allegations contained in paragraph 91 of the Complaint.

92.     Option One denies the allegations contained in paragraph 92 of the Complaint.

93.     Option One denies the allegations contained in paragraph 93 of the Complaint.

94.     Option One denies the allegations contained in paragraph 94 of the Complaint.

## **DEFENSES**

Having answered the Plaintiff's Complaint, Option One now asserts the following defenses:

1.     Plaintiff fails to state a claim upon which relief can be granted.

2.     Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

3.     Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

4.     Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

5.     Option One reserves the right to amend its Answer to assert additional defenses, which may become evident during discovery or at the trial of this matter.

WHEREFORE, Option One requests that Plaintiff's Complaint be dismissed and that it be awarded its costs.

Respectfully submitted,


_____/s/ Adam M. Spence_____
Adam M. Spence (DC 455836)
Spence & Buckler, P.C.
100 West Pennsylvania Avenue, Suite 301
Towson, Maryland 21204
Tel:  410-823-5003
Fax:  443-836-9181
adam@spencebucklerlaw.com


_____/s/ Patrick R. Buckler_____
Patrick R. Buckler (admitted *pro hac vice*)
Spence & Buckler, P.C.
100 West Pennsylvania Avenue, Suite 301
Towson, Maryland 21204
Tel:  410-823-5003
Fax:  443-927-8905
pat@spencebucklerlaw.com

Counsel for Option One Mortgage Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January 2008 a copy of the foregoing

Answer to Complaint was served via this Court's CM/ECF system on:

        Rawle Andrews, Jr.
        AARP Legal Counsel for the Elderly
        601 E Street, NW, A4-410
        Washington, DC 20049
        Counsel for Plaintiff Mary Richards

        G. Vann Canada, Jr.
        Miles & Stockbridge, PC
        11 North Washington Street, Suite 700
        Rockville, MD 20850
        Counsel for Defendant Alvin E. Gross, Jr.


                          _____/s/ Adam M. Spence_____
                          Adam M. Spence