

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

WASHINGTON, D.C. 20001-2131

**RECEIVED**

JAN ~~15~~ 14 2008

**SUPERIOR COURT**

Date: 01-~~14~~-08

The Honorable Nancy-Mayer-Whittington, Clerk
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

08-cv 0007
PLF

**In Re: Mary Richards vs. Option One Mortgage Corp et. al.**

**Civil Action Number:  07ca7760**

Dear Ms. Mayer-Whittington:

    Transmitted herewith are all of the pleadings filed in the above captioned case pursuant to a Petition for Removal Filed on January 08, 2007.  This case consists of 1 volume(s).  A certified copy of the docket entries is also enclosed.

    Please acknowledge receipt of our file on the duplicate copy of this letter, and return it to this Court.

Sincerely,

Edward Jenkins, Branch Chief
Civil Actions Branch

By: [signature]