IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY RICHARDS | * | |
|     Plaintiff, | * | Civil Action No. 1:08-cv-00007 |
| v. | * | |
| OPTION ONE MORTGAGE CORP., *et al*. | * | Judge Paul L. Friedman |
|     Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

Defendant, Option One Mortgage Corporation ("Option One"), pursuant to the Federal Rules of Civil Procedure, with the consent of the other parties to this matter, files this Consent Motion to Continue Status Conference, and states:

1. On February 11, 2008, this Court, by way of a paperless Order, scheduled a Status Conference for February 25, 2008 at 10:00 AM in Courtroom 29A.

2. Counsel for Option One cannot attend the Status Conference because they have pre-existing obligations. Mr. Spence is scheduled for trial in the District Court of Maryland for Baltimore County on February 25, 2008. Mr. Buckler has a deposition on February 25, 20087 for a matter pending in the United States District Court for the District of Maryland, which cannot be rescheduled because the discovery deadline for the matter is February 27, 2008. There are already depositions scheduled for February 26, 2008 and February 27, 2008.

3. Mr. Buckler provided counsel for the other parties with a copy of this Motion prior to filing and they consent to the filing of same.

4.     Mr. Buckler has obtained available dates from all counsel so that the Status Conference can be rescheduled as soon as possible.  Provided the Court is available, the parties propose the following dates:  Tuesday, March 4, 2008; Thursday, March 6, 2008; Tuesday, March 11, 2008; Thursday, March 13, 2008; Thursday, March 20, 2008; Tuesday, March 25, 2008; and Thursday, March 27, 2008.

WHEREFORE, Option One requests that the Status Conference scheduled for Monday, February 25, 2008 be continued to one of the dates set forth above

Respectfully submitted,

  /s/ Adam M. Spence  
Adam M. Spence (DC 455836)
Spence & Buckler, P.C.
100 West Pennsylvania Avenue, Suite 301
Towson, Maryland 21204
Tel:  410-823-5003
Fax:  443-836-9181
adam@spencebucklerlaw.com

  /s/ Patrick R. Buckler  
Patrick R. Buckler (admitted *pro hac vice*)
Spence & Buckler, P.C.
100 West Pennsylvania Avenue, Suite 301
Towson, Maryland 21204
Tel:  410-823-5003
Fax:  443-927-8905
pat@spencebucklerlaw.com

Counsel for Option One Mortgage Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of February 2008 a copy of the foregoing Consent Motion to Continue Status Conference was served via this Court's CM/ECF system on:

>Rawle Andrews, Jr.
>AARP Legal Counsel for the Elderly
>601 E Street, NW, A4-410
>Washington, DC 20049
>Counsel for Plaintiff Mary Richards
>
>G. Vann Canada, Jr.
>Miles & Stockbridge, PC
>11 North Washington Street, Suite 700
>Rockville, MD 20850
>Counsel for Defendant Alvin E. Gross, Jr.

      /s/ Adam M. Spence
      Adam M. Spence