UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mary K. Richards,   )
                    )
    Plaintiff       )
                    )
                    )
v.                  ) Civil Action No. 1-08-CV-0007- PLF
                    )
                    )
Option One Mortgage Corporation, Etal.  )
                    )
    Defendant       )

MOTION FOR ENTRY OF UNDERTAKING

    COMES NOW, the defendant, pro se, and moves this Honorable Court to enter an undertaking pursuant to Super Ct. 5(C) in the above referenced matter in the amount of $2,500 (the amount of the defendant's exiting mortgage payment, and property taxes; also the fair market value of the rent for the fair use of occupancy of the premises. See Schedule A and Schedule B). In support thereof the Court is respectfully referred to the Memorandum of Points and Authorities annexed hereto and incorporated by reference herein.

    WHEREFORE, the defendant prays that the instant motion be granted.

Respectfully submitted,

_____
Alvin Gross, Jr.
6905 Whittier Blvd
Bethesda, MD 20817
202-321-5336

**RECEIVED**

FEB 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Mary K. Richards,   )
      Plaintiff   )
   v.   ) Civil Action No. 1-08-CV-0007
Option One Mortgage Corporation, etal.   )
      Defendant   )

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR UNDERTAKING

    An undertaking is an equitable tool, similar to a protective order, designed to protect both parties pendent elite. Bell v. Tsintolas Realty Co., The issuance of a protective order requiring an occupant in possession with disputed ownership to pay an amount equal to the fair market rent, or sometimes a lesser amount, into the Registry of the Court has become the norm rather the exception in the Superior Court and the United State District Court of the District of Columbia. Mahdi v. Poretsky Management Inc., 433 A. 2d 1085 (D.C. App. 1981). Davis v. Rental Associates, Inc. 456 A. 2d 820 (D.C. App. 1983)

    The Defendant was the bona fide purchase of the property at a real estate foreclosure sale in October, 2007. Since that time, the defendant has been required to make mortgage payments, property tax and insurance payments in connection with the purchase of the property. On the other hand, the plaintiff has not incurred any expense whatsoever for fair use and occupancy of the property.

    The undertaking will serve to protect the defendant from forfeiture of income in the event that at the conclusion of the litigation the plaintiff's case proves to be frivolous and the unwanted occupants holdover and refuse to vacate.

Finally, if the plaintiff prevails, the undertaking protects the plaintiff in this case from forfeiting their occupancy at the conclusion of the litigation if she cannot make up any unpaid monetary deficiencies. <u>Dameron v. Capitol House Associates Ltd.</u>, 431 A. 2d 580 (D.C. App. 1981).

For the foregoing reason, the defendant moves this honorable Court to enter an undertaking in the above referenced matter.

                                        Respectfully Submitted

                                        Alvin E. Gross, Jr.
                                        6905 Whittier Blvd
                                        Bethesda MD 20817
                                        202-321-5336
                                        Named Defendant

**Exhibit A**

| | |
|---|---|
| Monthly Mortgage Expense | $2,315.62 |
| Monthly Insurance Expense | $109.61 |
| Monthly Insurance Expense | $74.88 |
| **Total Monthly Expense for the Subject Property** | **$2,500.11** |

### Exhibit B.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mary K. Richards, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1-08-CV-0007 |
| ) | |
| Option One Mortgage Corporation, Etal. ) | |
| ) | |
| Defendant ) | |

### AFFIDAVIT

I, Michael Sims, do hereby depose and state as follows:

1. I am over 18 years old and am competent to testify to the matters set forth herein.

2. I am a realtor for Dominion Realty Group and have been a licensed real estate sales person in the District of Columbia for over ten years. In that capacity, I have provided opinions of fair rental value to clients on numerous occasions. The subject property in this foreclosure action is 630 Emerson Street NW Washington DC 20011. I have reviewed the rental information provided in the MRIS listings on comparable rentals for the period from September, 2007 through the present.

3. In my opinion, with a reasonable degree of certainty in the field of rental valuation and determination of fair rental value, the fair rental value of the Property for the period from September 2007 through the present is $2,500 per month.

I solemnly affirm under penalty of perjury and upon personal knowledge that the contents of the foregoing affidavit are true and correct.

Date:   February 29, 2008

**Michael Sims**

## Certificate of Service

I hereby certify that a copy of the foregoing was mailed U.S. Postage prepaid to: Rawle Andrew Jr. 601 E Street NW #A4-410 Washington DC 20049 this __29th__ day __February__, 2008.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mary K. Richards,<br><br>    Plaintiff<br><br>        v.<br><br>Option One Mortgage Corporation, Etal.<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1-08-CV-0007<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# ORDER

Upon consideration of the defendant's MOTION FOR UNDERTAKING, having afforded all sides an opportunity to be heard, it is by the Court this _____ day of _____, 2008 hereby

ORDERED, that the aforesaid motion be and hereby is granted; and it is further

ORDERED, that an undertaking be and hereby is entered in this matter in the amount of _____Dollars ($_____) per month payable on the _____ of each month thereafter pending final resolution of this matter; and it is further

ORDERED, that the protective order shall be payable from _____, 200___.

                                        SO ORDERED,


                                        _____
                                        Judge, United State District
                                        Court of the District of
                                        Columbia.