UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY RICHARDS | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | Case No. 1:08-cv-0007 (PLF) |
| | * | |
| OPTION ONE MORTGAGE CORP., et al. | * | |
| | * | |
| | * | |
| Defendants | * | |

**NOTICE OF ENTRY OF APPEARANCE OF JAMES A. SULLIVAN, JR.
AS CO-COUNSEL FOR DEFENDANT, ALVIN E. GROSS, JR.**

TO THE CLERK OF THE COURT:

You will please enter the appearance of James A. Sullivan, Jr. as co-counsel for Defendant, Alvin E. Gross, Jr. in the within matter.

Respectfully submitted,

  /s/ James A. Sullivan, Jr.
James A. Sullivan, Jr. (D.C. Bar #475145)
Miles & Stockbridge P.C.
11 North Washington Street
Suite 700
Rockville, Maryland  20850
(301) 762-1600
(301) 762-0363 (fax)
Email:  jsullivan@milesstockbridge.com