**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

MARY RICHARDS,                                          )
                                                        )
                    Plaintiff,                          )
                                                        )
            v.                                          )          Civil Action No.: 08-CV-0007 (PLF)
                                                        )
OPTION ONE MORTGAGE CORP., *et al.*  )
                                                        )
                    Defendants.                         )
                                                        )
_____

## <u>JOINT MOTION TO AMEND SCHEDULING ORDER</u>

Plaintiff, Mary Richards, and Defendants, Option One Mortgage Corporation and

Alvin Gross, pursuant to Local Rule 16.4, files this Joint Motion to Amend Scheduling

Order, and state:

1.       The discovery deadline in this matter is August 1, 2008.

2.       The parties have been diligently working together to complete discovery

in this matter.  The parties have exchanged written discovery and Plaintiff has responded

to Defendants' discovery requests.  Additionally, four depositions have taken place.

More depositions are scheduled for the end of July.

3.       There is good cause to modify the Scheduling Order.  The parties require

additional time for discovery so that the parties can make arrangements for the deposition

of the Plaintiff, who is an elderly, homebound individual.  Due to Plaintiff's health, it will

be necessary to continue the deposition over a number of days so that the process is not

too taxing on Plaintiff.  Additionally, the parties need to make arrangements for the

depositions of individuals who reside outside the district – including one or more from

California.  Finally, the Defendants need time to respond to Plaintiff's considerable written discovery requests.

4.    The parties request an extension of two months.  A proposed Amended Scheduling Order is attached hereto as **Exhibit 1**.

5.    This is the first time the parties have requested a modification of the Scheduling Order.

WHEREFORE, the parties respectfully request that this Court grant their Joint Motion to Amend Scheduling Order.

Respectfully submitted,


_____/s/ Rawle Andrews, Jr._____
Rawle Andrews, Jr. (DC 436283)
AARP Legal Counsel for the Elderly
601 E Street, NW, A4-410
Washington, DC 2004
Tel: 202-434-2158
Fax: 202-434-6464
Randrews@aarp.org

Counsel for Plaintiff Mary Richards


_____/s/ Adam M. Spence_____
Adam M. Spence (DC 455836)
Patrick R. Buckler (MD 25943)
Spence & Buckler, P.C.
100 West Pennsylvania Avenue, Suite 301
Towson, Maryland 21204
Tel:  410-823-5003
Fax:  443-927-8905
adam@spencebucklerlaw.com
pat@spencebucklerlaw.com

Counsel for Option One Mortgage Corporation

_____/s/ G. Vann Canada, Jr._____
G. Vann Canada, Jr. (DC 366414)
James A. Sullivan, Jr. (DC 475145)
Miles & Stockbridge, PC
11 North Washington Street, Suite 700
Rockville, Maryland 20850
Tel: 301-762-1600
Fax:  301-762-0363
vcanada@milestockbridge.com
jsullivan@milesstockbridge.com

Attorneys for Alvin E. Gross, Jr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July 2008 a copy of the foregoing Joint Motion to Amend Scheduling Order was served via this Court's CM/ECF system on:

> Rawle Andrews, Jr.
> AARP Legal Counsel for the Elderly
> 601 E Street, NW, A4-410
> Washington, DC 20049
>
> Counsel for Plaintiff Mary Richards
>
> G. Vann Canada, Jr.
> James A. Sullivan, Jr.
> Miles & Stockbridge, PC
> 11 North Washington Street
> Suite 700
> Rockville, MD 20850
>
> Counsel for Defendant Alvin E. Gross, Jr.

                    /s/ Adam M. Spence
                    Adam M. Spence

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| MARY RICHARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No.: 08-CV-0007 (PLF) |
| | ) |
| OPTION ONE MORTGAGE CORP., *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

---

## AMENDED SCHEDULING ORDER

Having considered the parties' Joint Motion to Amend Scheduling Order, it is hereby ORDERED that

1.      Any motion to amend the pleadings or join additional parties shall be made by April 30, 2008.

2.      Discovery shall be completed by October 3, 2008. Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

3.      Each party is limited to a maximum of 30 interrogatories to any other party. Responses to all interrogatories are due 30 days after service.

4.      Plaintiff is limited to 8 depositions. Defendants are limited to 6 depositions per party. The total length of time for any fact deposition shall be limited to 8 hours of actual examination time exclusive of any breaks.

5.      Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be made by March 25, 2008.

6.      Disclosures of plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by April 11, 2008.

7.      Disclosures of defendant's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by May 12, 2008.

8.      Depositions of each party's retained experts shall be completed by October 3, 2008.

9.      Dispositive motions and motions to limit or to strike the other side's expert witnesses shall be filed on or before November 14, 2008; oppositions by December 12, 2008; and replies, if any, by January 9, 2009.

10.     Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court. If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers. Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel.

11.     A further status conference is scheduled for August 25, 2008 at 9:30 a.m.

12.     Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

13.     Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See LCVR 7.

The party filing the motion shall include in its motion a statement that the required discussion

occurred and a statement as to whether the motion is opposed.


**SO ORDERED**.


_____
PAUL L. FRIEDMAN
United States District Judge


DATE: