UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARY RICHARDS,            )
                          )
        Plaintiff,        )
                          )
v.                        )   Civil Action No.: 08-CV-0007 (PLF)
                          )
OPTION ONE MORTGAGE CORP., *et al.* )
                          )
        Defendants.       )
                          )

## AMENDED SCHEDULING ORDER

Having considered the parties' Joint Motion to Amend Scheduling Order, it is hereby ORDERED that

1.  Any motion to amend the pleadings or join additional parties shall be made by April 30, 2008.

2.  Discovery shall be completed by October 3, 2008. Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

3.  Each party is limited to a maximum of 30 interrogatories to any other party. Responses to all interrogatories are due 30 days after service.

4.  Plaintiff is limited to 8 depositions. Defendants are limited to 6 depositions per party. The total length of time for any fact deposition shall be limited to 8 hours of actual examination time exclusive of any breaks.

5.  Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be made by March 25, 2008.

6. Disclosures of plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by April 11, 2008.

7. Disclosures of defendant's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by May 12, 2008.

8. Depositions of each party's retained experts shall be completed by October 3, 2008.

9. Dispositive motions and motions to limit or to strike the other side's expert witnesses shall be filed on or before November 14, 2008; oppositions by December 12, 2008; and replies, if any, by January 9, 2009.

10. Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court. If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers. Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel.

11. A further status conference is scheduled for ~~August 25, 2008 at 9:30 a.m~~ October 2, 2008 at 9:45 a.m.

12. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

13. Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See LCVR 7.

2

The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

**SO ORDERED**.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 7/22/08